UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS MASSBAUM,<br><br>  Plaintiff,<br><br>  v.<br><br>WNC MANAGEMENT, and RANCHO NIGUEL PARTNERS, L.P.,<br><br>  Defendants. | Case No. SACV07-96 DOC(RNBx)<br><br>**JUDGMENT IN FAVOR OF WNC MANAGEMENT AND RANCHO NIGUEL PARTNERS, LP** |
| RANCHO NIGUEL PARTNERS LP,<br><br>  Counterclaimant,<br><br>  v.<br><br>ROSS MASSBAUM<br><br>  Counterdefendants. | |

**JUDGMENT**

The Court having granted the Motion for Summary Judgment by Defendant WNC Management and Defendant and Counterclaimant Rancho Niguel Partners, L.P., IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment in the above-captioned matter be, and hereby is, entered in favor of WNC Management and Rancho Niguel Partners, and against Plaintiff and Counterdefendant Ross Massaum, as follows:

1. Plaintiff Ross Massbaum shall take nothing from Defendant WNC Management on his Second Amended Complaint;

2. Plaintiff Ross Massbaum shall take nothing from Defendant Rancho Niguel Partners, L.P. on his Second Amended Complaint;

3. Counterclaimant Rancho Niguel Partners, L.P. is entitled to possession of the premises located at 25944 Via Lomas, Apartment #2, City of Laguna Hills, County of Orange, State of California. Counterdefendant Ross Massbaum is ordered to return possession of the premises to Counterclaimant forthwith;

4. Damages in the amount of $1,950.40, calculated at $5.30 per day for 368 days (measured from February 1, 2007 through the date of the order granting summary judgment) are hereby awarded on the Counterclaim in favor of Counterclaimant Rancho Niguel Partners, L.P. and against Counter Defendant Ross Massbaum;

1  5. Defendant WNC Management and Defendant and Counterclaimant
2  Rancho Niguel Partners are the prevailing parties in this matter and awarded their
3  costs of suit to be determined upon a separate Bill of Costs.

Dated:_February_8, 2008___   *David O. Carter*

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE