THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number: 210908
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    Erika.Johnson@usdoj.gov

Attorneys for Federal Defendant
The United States Department of Housing and Urban Development

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS MASSBAUM,<br><br>    Plaintiff,<br><br>      v.<br><br>WNC MANAGEMENT and RANCHO NIGUEL PARTNERS, L.P., DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | No. SACV 07-96 DOC (RNBx)<br><br>**ORDER THEREON** |

    Pursuant to the stipulation of the parties, the action against The United States Department of Housing and Urban Development is hereby dismissed, pursuant to Fed. R. Civ.P. 41.

    IT IS SO ORDERED.

DATED: June 11, 2008

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE